# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:08cv378

| | |
|---|---|
| MANUELA SCHULER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BRANCH BANKING & TRUST CO., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial of this case.

This matter was reassigned to the undersigned on August 31, 2009 and is currently scheduled for trial during the Court's November 9, 2009 mixed term. In light of the recent reassignment of this case, and the pending Objections to the Magistrate Judge's Memorandum and Recommendation of July 27, 2009, the Court finds that this case should be continued.

**IT IS, THEREFORE, ORDERED** that this case is continued to the Court's next civil trial term in the Asheville Division, which is currently scheduled for January 11, 2010.

**IT IS SO ORDERED.**

Signed: September 4, 2009

Martin Reidinger
United States District Judge