IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:08cv378

MANUELA SCHULER,

    Plaintiff,

vs.                            VERDICT SHEET

BRANCH BANKING & TRUST CO.,

    Defendant.

---

1. Did the Defendant deny, restrain or interfere with the Plaintiff's right to leave under the FMLA, or her attempt to exercise her right to leave under the FMLA?

   YES _____      NO   X  

   Proceed to Issue No. 2.

2. Did the Defendant retaliate against the Plaintiff because the Plaintiff took or attempted to take FMLA leave?

   YES _____      NO   X  

   If your response to either Issue No. 1 or Issue No. 2 (or both) is "Yes," then proceed to Issue No. 3. If your responses to both Issue No. 1 and Issue No. 2 are "No," then you have completed your deliberations. Have your foreperson sign the Verdict Sheet and return it to the Court.

3. What amount of damages, if any, is the Plaintiff entitled to recover from the Defendant?

    $ _____

THIS the __13__ day of January, 2010.

2

Case 1:08-cv-00378-MR-DLH   Document 57   Filed 01/13/10   Page 2 of 2