# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:08cv378

| | |
|---|---|
| MANUELA SCHULER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BRANCH BANKING & TRUST CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's Unopposed Motion under Local Rule 47.1(D) to contact a juror in this case. [Doc. 60].

For the reasons stated in the Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 60] is **ALLOWED**, and all counsel are allowed to contact Juror #4 to discuss this case.

**IT IS SO ORDERED.**

Signed: January 26, 2010

Martin Reidinger
United States District Judge