IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:08cv378

MANUELA SCHULER,            )
                            )
       Plaintiff,           )
                            )
       vs.                  )
                            )
BRANCH BANKING & TRUST CO., )
                            )
       Defendant.           )
_____)

## J U D G M E N T

**THIS MATTER** came on for trial before a jury with the undersigned presiding. The jury having been duly empaneled rendered the following verdict upon the submission of the following issues:

1. Did the Defendant deny, restrain or interfere with the Plaintiff's right to leave under the FMLA, or her attempt to exercise her right to leave under the FMLA?

Answer: No.

2. Did the Defendant retaliate against the Plaintiff because the Plaintiff took or attempted to take FMLA leave?

Answer: No.

Based upon this verdict the Court determines that the Defendant is entitled to have Judgment entered in its favor herein.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered in favor of the Defendant and against the Plaintiff and the Plaintiff shall recover nothing from the Defendant in the form of damages or otherwise. This action is hereby **DISMISSED WITH PREJUDICE** in its entirety, and the Defendant shall recover its costs of the action from the Plaintiff.

Signed: January 26, 2010

Martin Reidinger
United States District Judge